Gregory P. Goonan (Cal Bar # 119821)
**THE AFFINITY LAW GROUP®**
5230 Carroll Canyon Road, Suite 230
San Diego, CA 92121
Telephone: (858) 412-4296
Facsimile: (619) 243-0088
Email: ggoonan@affinity-law.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA MA, an individual, | ) |
| | ) CASE NO. 2:20-cv-3011 |
| Plaintiff, | ) |
| vs. | ) |
| | ) **COMPLAINT FOR COPYRIGHT** |
| KENDALL JENNER, INC., a California | ) **INFRINGEMENT** |
| corporation; and KENDALL JENNER, an | ) |
| individual, | ) **JURY TRIAL DEMANDED** |
| | ) |
| Defendants. | ) |
| | ) |

Plaintiff Angela Ma ("Ma" or "Plaintiff") by and through her undersigned counsel, as and for her Complaint against defendants Kendall Jenner, Inc. and Kendall Jenner (collectively "Defendant") hereby alleges as follows:

## NATURE OF THE ACTION

1. This is an action for copyright infringement under Section 501 of the Copyright Act.

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**

2. This action arises out of Defendants' unauthorized publication and public display of a copyrighted video (the "Video") of defendant Kendall Jenner. The Video and the copyright in the Video are owned and registered by Plaintiff.

3. By this action, Plaintiff seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq*.

## JURISDICTION AND VENUE

4. This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq*., and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

5. This Court has personal jurisdiction over Defendants, and each of them, because Defendants, and each of them, reside in and/or transact business in California.

6. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

## THE PARTIES

7. Ma has her usual place of business at 117 Sullivan Street, Apt 2D, New York, New York 10012.

8. Plaintiff is informed and believes and on that basis alleges that defendant Kendall Jenner, Inc. is a corporation organized and existing under the laws of the State of California with a place of business at 21731 Ventura Blvd, Suite 300, Woodland Hills, CA 91364 at all relevant times.

9. Plaintiff is informed and believes and on that basis alleges that defendant Kendall Jenner, Inc. is registered with the California Department of Corporations to do business in California.

10. Plaintiff is informed and believes and on that basis alleges that defendant Kendall Jenner, Inc. is a for-profit entity.

11. Plaintiff is informed and believes and on that basis alleges that defendant Kendall Jenner is an individual who resided and did business in this judicial district at all relevant times.

12. Plaintiff is informed and believes and on that basis alleges that, at all relevant times, Defendants have owned, controlled, and operated an Instagram Page at the URL: www.Instagram.com/KendallJenner (the "Website").

## STATEMENT OF FACTS

A. <u>Background and Plaintiff's Ownership of the Video</u>

13. Ma took the Video of defendant Kendall Jenner in New York.

14. Ma is the author of the Video and has at all times been the sole owner of all right, title and interest in and to the Video, including the copyright thereto.

15. The Video was registered with the U.S. Copyright Office and was given Copyright Registration Number PA 2-211-871.

B. <u>Defendants' Infringing Activities</u>

16. Defendants ran the Video on the Website. See: https://www.instagram.com/p/B2VU5TVj7HC/. Screenshots of the Video on the Website are attached hereto as Exhibit A.

17. The Video garnered over 13 million views.

18. Defendants did not license the Video from Plaintiff for the Website or any other use.

19. Defendants did not have Plaintiff's permission or consent to publish the Video on the Website.

# FIRST CLAIM FOR RELIEF
# (COPYRIGHT INFRINGEMENT)

(17 U.S.C. §§ 106, 501)

20. Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-19 above.

21. Defendants infringed Plaintiff's copyright in the Video by reproducing and publicly displaying the Video on the Website. Defendants were not, and have never been, licensed or otherwise authorized to reproduce, publicly display, distribute and/or use the Video.

22. The acts of Defendants complained of herein constitute infringement of Plaintiff's copyright and exclusive rights under copyright in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

23. Upon information and belief, the foregoing acts of infringement by Defendants were willful, intentional, and purposeful, in disregard of and indifference to Plaintiff's rights.

24. As a direct and proximate cause of the infringement by the Defendants of Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to damages and Defendants' profits pursuant to 17 U.S.C. § 504(b) for the infringement.

25. Alternatively, Plaintiff is entitled to statutory damages up to $150,000 per work infringed for Defendants' willful infringement of the Video pursuant to 17 U.S.C. § 504(c).

26. Plaintiff is further entitled to her attorneys' fees and full costs pursuant to 17 U.S.C. § 505.

THE AFFINITY LAW GROUP®
5230 Carroll Canyon Road, Suite 230
San Diego, CA 92121
(858) 412-4296

# PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1. That Defendants be adjudged to have infringed upon Plaintiff's copyright in the Video in violation of 17 U.S.C §§ 106 and 501;

2. That Defendant be ordered to remove the Video from the Website;

3. That Plaintiff be awarded either: (a) Plaintiff's actual damages and Defendants' profits, gains or advantages of any kind attributable to Defendants' infringement of Plaintiff's Video; or (b) alternatively, statutory damages of up to $150,000 per copyrighted work infringed pursuant to 17 U.S.C. § 504;

4. That Defendants be required to account for all profits, income, receipts, or other benefits derived by Defendants as a result of their infringement;

5. That Plaintiff be awarded her costs, expenses and attorneys' fees pursuant to 17 U.S.C. § 505;

6. That Plaintiff be awarded pre-judgment interest; and

7. Such other and further relief as the Court may deem just and proper.

DATED: March 30, 2020            THE AFFINITY LAW GROUP

By: /s/ Gregory P. Goonan
Gregory P. Goonan
Attorneys for Plaintiff
Angela Ma

# **DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal Rule of Civil Procedure 38(b).

DATED: March 30, 2020                THE AFFINITY LAW GROUP


By:  /s/ Gregory P. Goonan
     Gregory P. Goonan
     Attorneys for Plaintiff
     Angela Ma